UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DARRIN PORDASH, | ) | Case No.: 1:06 CV 836 |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| STEWART HUDSON, Warden, | ) | |
| | ) | |
| Respondent | ) | <u>JUDGMENT ENTRY</u> |

The court, having adopted the Magistrate Judge's Report and Recommendation in part (ECF No. 17) in a separate Order of this same date, recommending that final judgment be entered in favor of Respondent and that Pordash's Petition for Writ of Habeas Corpus (ECF No. 1) be denied, hereby enters judgment accordingly for Respondent and against Petitioner.

IT IS SO ORDERED.

/s/ *SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

July 31, 2007